United States District Court
Southern District of Texas
**ENTERED**
December 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALIMBHAI MANSIYA, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-05604 |
| § | |
| KRISTI NOEM, *et al.*, § | |
| § | |
| Respondents. § | |

### ORDER EXTENDING TEMPORARY RESTRAINING ORDER

The petitioner, Salimbhai Mansiya (A# 201-291-928) is a detainee in the custody of United States Immigrations and Customs Enforcement. He has filed a petition for a writ of habeas corpus.

On November 24, 2025, this Court entered a temporary restraining order enjoining the respondents, their agents, employees, and successors from removing the petitioner from the Southern District of Texas. A hearing on the TRO was scheduled for the morning of December 8, 2025. At that hearing, counsel for the respondents informed the Court that she had not yet received information about the case from Immigration and Customs Enforcement. Accordingly, it is ORDERED that the temporary restraining order entered on November 24, 2025 (Doc. # 5) is EXTENDED until December 22, 2025, unless it is dissolved at an earlier time by order of this Court.

The Court will schedule a hearing on the petition before this order expires.

It is so ORDERED.

SIGNED on December 8, 2025, at Houston, Texas.

                                              Kenneth M. Hoyt
                                              United States District Judge