United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALIMBHAI MANSIYA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:25-cv-05604 |
| v. | § | |
| | § | |
| WARDEN, MONTGOMERY | § | |
| PROCESSING CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

## ORDER OF DISMISSAL

The petitioner, Salimbhai Mansiya, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Dkt. No. 1). The petitioner's counsel has now filed a status update reporting that the petitioner has been removed from the United States and his habeas petition is now moot.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice**. Any pending motions are **DENIED** as moot.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on June 15, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge